AS YOU FILL OUT THIS QUESTIONNAIRE, BE CAREFUL TO ANSWER EACH QUESTION THAT IS ASKED <u>IN THE SPACES PROVIDED</u>. IF YOU NEED MORE SPACE FOR ANY QUESTION, YOU MAY USE THE BACK OF THE PAGE.

If it is difficult for you to fill out this questionnaire FOR ANY REASON, please contact us and we will find another way to get the information.

## 1 INFORMATION ABOUT YOU

01:05CV-18

- **Name:** Gail Werner
- **D.O.B.:** 3/2/65
- **Social Security Number:** —
- **Address:** 17 Stowe Street #1
- **Town:** Waterbury
- **Zip code:** 05676
- **County:** Washington
- **Telephone:** 802-244-8410

Name, address and telephone number of a person who will know how to reach you if we are unable to:

Eric Touchette  802-272-9547

*[Stamp: U.S. DISTRICT COURT DISTRICT OF VERMONT FILED 2005 JAN 21 PM 2: — DEPUTY CLERK]*

## 2 INFORMATION ABOUT THE EMPLOYER / EMPLOYMENT AGENCY / UNION

Who is your complaint against: (Check all that apply)
- [x] Employer
- [ ] Employment Agency
- [ ] Labor Organization

- **Name:** Vermont Protection & Advocacy
- **President/Chief Executive Officer:** Ed Paquin
- **Address:** 141 Main St. Suite 7
- **Your immediate Supervisor:** Ginny McGrath, formerly A.J Ruben
- **Telephone:** 802-229-1355
- **County:** Washington

Number of employees:
- [ ] 1-4
- [ ] 5-9
- [ ] 10-14
- [x] 15-19
- [ ] 20 or more
- [ ] 50 or more within 75 miles

Type of industry (please check one):
- [ ] Mining
- [ ] Construction
- [ ] Manufacturing
- [ ] Personal services
- [ ] Auto repair/garage
- [ ] Recreation services
- [ ] Retail trade
- [ ] Real estate
- [ ] Administration
- [ ] Transportation
- [ ] Public utilities
- [ ] Wholesale trade
- [ ] Hotels/Lodging Services
- [ ] Health Services
- [ ] Educational Services
- [ ] Banking/Finance/Insurance
- [x] Other (Explain): disabilities rights agency federally funded, non-profit

| 3 | YOUR EMPLOYMENT INFORMATION | | |
|---|---|---|---|
| Total length of service with the employer you are complaining about: (Please give dates) | From: 8/03 | To: present |
| What was the job you held or were applying for when the actions you are complaining of took place? | advocate | |
| If applicable, how long were you in that job? (Please give dates) | From: 7/7/03 | To: 6/04 |
| What other job titles have you held while employed with this employer (state approximate dates at each position)? | none | |
| At the time relevant to your complaint, was your work performance rated as satisfactory? | ☒ Yes | ☐ No |
| Have you ever been counseled or reprimanded for any disciplinary matter? If so, as to each incident please state the date, the reason, and the name of the supervisor involved: No, I have never been reprimanded for a disciplinary matter. | | |

| 4 | OF THE FOLLOWING FACTORS, WHICH DO YOU BELIEVE CAUSED THE EMPLOYER TO MISTREAT OR DISCRIMINATE AGAINST YOU? (PLEASE CHECK ONLY FACTORS YOU BELIEVE CAUSED MISTREATMENT OR DISCRIMINATION) | | |
|---|---|---|---|
| ☐ | Polygraph Testing | ☐ | Place of birth; My place of birth is: |
| ☐ | Parental Leave | ☐ | Ancestry; My ancestry is: |
| ☐ | Family Leave | ☐ | National origin; My national origin is: |
| ☐ | Medical Leave | ☐ | Citizenship status; My citizenship status is: |
| ☐ | Drug Testing | ☐ | Asserting a claim for worker's compensation |
| ☐ | Pregnancy | ☐ | Sexual Orientation; My Sexual Orientation Is: |
| ☒ | Sex; My sex is: female | ☐ | My perceived sexual orientation; I was perceived to have a sexual orientation of: |
| ☐ | Race; My race is: | ☐ | Mental Or Physical Disability; My Disability Is: |
| ☐ | Age; My age is: | ☐ | A History Of Disability; I Have A History Of: |
| ☐ | Color; My color is: | ☐ | A perceived disability; I was perceived to have a disability because: |
| ☐ | Religion; My religion is: | ☒ | Filing a discrimination claim |
| ☐ | HIV Status; My HIV Status Is: | ☒ | Complaining of employment discrimination or cooperating with an investigation into alleged employment discrimination or unlawful action |
| | | ☐ | Membership in National Guard or leave necessitated by service in the guard. |

| 5 | WHAT HAPPENED THAT YOU WISH TO COMPLAIN ABOUT? (CHECK **ONLY** THOSE THAT YOU BELIEVE WERE **CAUSED BY** THE UNLAWFUL FACTORS YOU CHECKED ON THE PREVIOUS PAGE IN SECTION 4) | | |
|---|---|---|---|
| ☐ | I was not hired | ☐ | I was given benefits not equal to what other employees received |
| ☐ | I was fired | ☐ | I was not paid equally to employees doing the same job as mine, or jobs that require similar knowledge, skills, and responsibility |
| ☐ | I was not promoted | ☐ | I have a disability, which my employer refused to accommodate *this was attempted* |
| ☐ | My hours were reduced | ☐ | I was denied parental leave |
| ☐ | My shift was changed (attempted) | ☐ | I was denied family leave |
| ☒ | I was sexually harassed | ☐ | I was denied medical leave |
| ☒ | I was harassed (for reasons not related to my sex) | ☐ | I was discriminated against because of taking parental leave |
| ☒ | I was transferred to another job | ☐ | I was discriminated against because of taking family leave |
| ☐ | I was disciplined | ☐ | I was discriminated against because of taking medical leave |
| ☐ | I was demoted | ☐ | I was not reinstated to my job upon return from leave |
| ☐ | I was laid off | ☒ | I was denied benefits |
| ☒ | I was forced to quit my job | ☐ | I was treated differently because I was pregnant |
| ☐ | I was not recalled from layoff | ☐ | I was asked or required to take a polygraph test |
| ☐ | I was denied a raise that I should have gotten | ☐ | I was asked or required to take a drug test |

Listing by **exact date**, please explain in detail what happened. State names of persons involved and dates. Use the back of this paper if you need additional space.

*see attached typed answers for the rest of following questions / section*

For **each** factor of discrimination or mistreatment you checked in section 4, please describe why you think **that factor** caused the events or actions you checked in section 5.

If the employer stated a reason for the actions or events that you have described, what was that reason? If the employer stated the reason in writing, please attach a copy.

Please state the name and job title of the person who stated the reason, also give the date and place the reason was given.

**6** **PLEASE ANSWER THE QUESTIONS IN SECTION 6 ONLY IF YOU BELIEVE THAT THE TREATMENT YOU ARE COMPLAINING ABOUT WAS RELATED TO A DISABILITY. IF NOT, GO ON TO SECTION 7.**

(a) How are you impaired, physically or mentally, by your disability?

I was being treated for depression when I was hired by VP&A; however, all of my symptoms had abated but I continued taking medication. I was not impaired 7/03-12/03

(b) What daily activities are substantially limited (e.g. walking, lifting, standing, breathing, eating, sleeping, etc.), or what are you unable to do because of a disability?

My symptoms of depression (sleeplessness, anxiety, appetite disturbance, lethargy, crying jags, hopelessness, depressed mood) began to emerge in December 2003 then escalated by April when I needed to take medical leave.

(c) Does your disability limit your ability to perform your job? If so, please describe.

I take a medication which makes me very groggy and slow to become fully alert in the morning; therefore, I started work at 10:30 a.m.

At the time you were discriminated against were you taking any medication, or using any device or method (for example, a prosthesis, eyeglasses, a cane, hearing aid) to assist you in controlling the effects of your impairment?

Yes, I was taking medication.

If so, please state what you were taking or using, and explain how it controlled the symptoms or limitations of your impairment. Please also state any side effects or limitations you experienced as a result of any medication, device, etc. you used to treat or manage your impairment.

My antidepressant and anxiolytic medication had fully alleviated my symptoms of depression and anxiety by April 2003. I continued taking the medication per standard treatment protocol (1 year). As my work environment became hostile and retaliatory my symptoms began to return 12/03. I increased my medication.

Was there some accommodation the employer could have made which could have prevented the problem that has led to this complaint? (Accommodations may include: changes in job duties, schedule changes, part-time work, supplying equipment or assistance, transfer to another job, etc.). If so, please describe it specifically.

No. My employer was accommodating of my need to work a later schedule. It was never an issue until I filed my complaint. I felt my disability was used as a tool to harass me.

(a) Did the employer know about your disability? If so, please explain how the employer knew, state the names of people who knew and the dates they learned of your disability and/or need for accommodations.

Yes, I told Mr. Paquin I had been treated for depression. I told him this in November 2003.

(b) Did the employer know of your need for an accommodation? If so, please explain how the employer knew, state the names of people who knew and the dates they learned of your disability and/or need for accommodations.

No, I did not formally request an accomodation for coming in later as everyone seemed to keep their own hours and it was never an issue until 4/04.

## 7   YOUR COMPLAINT AND THE EMPLOYER'S RESPONSE

Did you complain about the unfair events or actions that happened to you (the ones checked in Section 5)?   ☒ YES   ☐ NO

If so, please describe your complaint(s), state the name(s) and job title(s) of the person(s) you complained to, and state when you complained.

see attached typed responses for rest of section 7.

If not, please explain your reasons:

What action did the employer take in response to your complaint(s)? Please give specific dates and by whom the actions were taken.

## 8   EMPLOYER'S TREATMENT OF OTHER EMPLOYEES

State the names and job titles of other employees who were treated unfairly **in the same way** you are complaining about.

none that I know of

Were any of these other employees members of **the same protected categories** that you checked in Section 4?

| |
|---|
| If so, please list their names and the category |
| Please give reasons why you think each of these individuals was treated unfairly in the same way you were. |

(a) State the names and job titles of other employees who received **better** treatment than you.

Other advocates who expressed a desire to attend out of state conferences were accomodated. I was denied this benefit. I believe these advocates were Marsha Bancroft, Linda Cramer, Tina Wood. Also, I do not believe another advocate, Paul Poirier, schedule was ever questioned.

(b) Were any of these employees members of the same protected categories that you checked on the list in Section 4?

Yes, Paul Poirier told me he suffered an episode of depression while I was employed there. He kept unorthodox schedule but I don't believe he was every questioned.

If so, which persons are members of which categories?

I do not know about the other advocates I mentioned

(c) Explain your reasons for believing these individuals were treated better than you were.

Because they had not made a complaint against Mr. Ruben for sexual harassment/retaliation.

## 9 WITNESSES OF THE DISCRIMINATORY ACTIONS

If you know of witnesses, please list them **on a separate sheet of paper**. Please provide this information only if it is already known to you. Please do not try to obtain information or statements directly from these potential witnesses. We will contact them when we investigate your charge. For each witness, state:

Name
Address
Telephone number
Job title (if you don't know the job title, please state whether the person is a co-worker or a supervisor)
Briefly describe the information you expect this person to have.

| 10 | NOTICE OF LEGAL RIGHTS | | | | |
|---|---|---|---|---|---|
| Did your employer have a written policy prohibiting sexual harassment? | | ☒ | Yes | ☐ | No |
| Was there a poster stating the policy prominently displayed in the workplace? In a hard to locate place stating state law, not agency policy. | | ☐ | Yes | ☒ | No |
| Did your employer distribute the policy to employees? | | ☐ | Yes | ☒ | No |
| Was there a poster regarding Vermont State Parental and Family Leave prominently displayed in the workplace? | | ☐ | Yes | ☒ | No |

**IMPORTANT**: Please sign your name in the presence of a notary and state the date you filled out this questionnaire:

_____[signature]_____    _____6/21/04_____
Signature                              Date

NOTICE: IF YOU ARE FILING A CLAIM OF AGE, RACE, SEX, NATIONAL-ORIGIN, RELIGION, OR DISABILITY BASED DISCRIMINATION, PLEASE HAVE YOUR QUESTIONNAIRE NOTARIZED IF POSSIBLE. HAVING YOUR QUESTIONNAIRE NOTARIZED WILL ASSIST IN ENSURING THAT YOUR RIGHTS UNDER ANY APPLICABLE FEDERAL LAWS ARE PRESERVED. YOU MAY CONTACT THE VERMONT SECRETARY OF STATE FOR A LIST OF NOTARIES IN YOUR AREA. 1-802-828-2363 http://www.sec.state.vt.us/

**NOTARY CLAUSE**

The above named person appeared before me and subscribed and swore to or affirmed the truth of the statements s/he made therein on this 21st day of June, 2004

_____Elaine M. Isham_____       My commission expires: 2.10.07
NOTARY PUBLIC

Please mail your completed questionnaire to:
Office of the Attorney General
Civil Rights Unit
109 State Street
Montpelier, VT 05609-1001

Phone: (888) 745-9195 (toll free in Vermont) or
       (802) 828-3657
TTY:   (802) 828-3665
Fax:   (802) 828-5341