UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 MAR 16 P 4:30

CLERK
BY: _____
DEPUTY

| | |
|---|---|
| GAIL WERNER, ) | |
|     Plaintiff, ) | |
| ) | CIVIL COURT ACTION |
| v. ) | |
| ) | DOCKET NO. 1:05-CV-18 |
| VERMONT PROTECTION AND ) | |
| ADVOCACY, INC., ED PAQUIN, ) | |
| GINNY McGRATH, AND ARTHUR ) | |
| RUBEN, ) | |
|     Defendants. ) | |

### STIPULATION AND ORDER OF DISMISSAL
### WITH PREJUDICE OF ALL CLAIMS

NOW COMES the Plaintiff Gail Werner, and the Defendants, Vermont Protection and Advocacy, Inc., Ed Paquin, Ginny McGrath, and Arthur Ruben, by and through their attorneys, Blackwood & Danon, P.C., and hereby stipulate and agree that the following Order may be entered with respect to all claims that were or could have been asserted by Plaintiff against Defendants: **"Dismissed With Prejudice."**

Dated at San Francisco, California this 12th day of March 2005.

_____
GAIL WERNER, Plaintiff

Dated at Burlington, Vermont this 14th day of March 2005.

BY: BLACKWOOD & DANON, P.C.

_____
Beth A. Danon, Esq.
Blackwood & Danon, P.C.
P. O. Box 875
Burlington, VT 05402-0875

SO ORDERED:

Date: 3/16/05

UNITED STATES DISTRICT COURT

By: _____
Honorable J. Garvin Murtha, Judge

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of SAN FRANCISCO } ss.

On MARCH 12, 2005 before me, ANTONIO RIEMEDIO ABREGANA III,
     Date                                 Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared GAIL WERNER,
                            Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

OFFICIAL SEAL
ANTONIO RIEMEDIO ABREGANA III
NOTARY PUBLIC - CALIFORNIA
COMMISSION #1346350
SAN FRANCISCO COUNTY
My Commission Exp. March 11, 2006

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary Public

———— OPTIONAL ————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Document Date: _____  Number of Pages: ONE

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org   Prod. No. 5907   Reorder: Call Toll-Free 1-800-876-6827